IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MYRNA ALFICH )
 )
v. ) NO. 3:14-0577
 ) JUDGE CAMPBELL
SOCIAL SECURITY ADMINISTRATION )
and SSA-EMAIL NOTIFICATION )

ORDER

This case has been reassigned to the undersigned judge (Docket No. 13).

Pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1)(A) and (B), this case is referred to the Magistrate Judge for a scheduling order, for decision on all nondispositive matters, and for a Report and Recommendation on disposition of Plaintiff's Complaint for judicial review of the decision of the Social Security Administration.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE